# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Semiu Oderinde Sanusi                                      Docket No. 5:18-CR-223-D-1

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Semiu Oderinde Sanusi, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 17th day of November, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been under pretrial supervision in the District of Maryland since his release on November 17, 2020, and is in full compliance. The defendant's wife obtained new employment and the defendant needs to provide childcare and transportation but is unable to do so under his current conditions of release. United States Probation Officer James Ridgway with the District of Maryland has requested that the defendant's conditions of release be modified from home detention with electronic monitoring to a daily curfew with electronic monitoring.

**PRAYING THAT THE COURT WILL ORDER** the special condition requiring home detention with electronic monitoring be removed from the defendant's release condition requirements and the following condition be added:

- The defendant must adhere to a curfew as directed by the probation officer until further court order. The defendant is restricted to his residence during the curfew hours. The defendant must submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

All other conditions of release continue as originally ordered

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Peter J. Yalango<br>Peter J. Yalango<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-354-2546<br>Executed On: May 11, 2021 |

## ORDER OF THE COURT

Considered and ordered on May 11, 2021. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge