IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | Criminal No: 5:18-CR-00223 |
| | * | |
| SEMIU ODERINDE SANUSI | * | |
| | * | |
| Defendant(s). | * | |
| | * | |

### ORDER

**UPON CONSIDERATION** of Defendant's Motion for Review and Modification of His Conditions of Release, ~~and the United States opposition if any,~~ it is thereupon this __10__ day of ~~May~~ November, 2021, hereby;

**ORDERED**, that the Defendant's Motion for Review and Modification of His Conditions of Release is **GRANTED.**

SO ORDERED. This 10 day of November, 2021.

JAMES C. DEVER III
United States District Judge