UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18CR-223-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MOTION TO CONTINUE |
| v. | ) | ARRAIGNMENT AND TRIAL |
| | ) | |
| SEMIU ODERINDE SANUSI, | ) | |
| Defendant. | ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion for Continue the trial, without the United States of America through the Assistant United State Attorney's objection, in the above captioned case.

For good cause shown, and for the reasons stated in the motion, the Court hereby GRANTS the defendant's motion, and continues the trial in the above captioned case to September 2022.

It is further ordered that any delay that results form this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C § 3161(h)(8)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the defendant and the public in a speedy trial.

This the 15 day of March, 2022.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE